65 P.3d 180

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Doe v. Doe | 22815 | 02/28/2003 | Affirmed in part, vacated and remanded in part |
| Okada Trucking Co., Ltd. v. Board of Water Supply, City and County of Honolulu | 22956 | 02/15/2002 | Denied | 97 Hawai'i 450, 40 P.3d 73 |
| Tataii v. Yoshina | 25599 | 03/03/2003 | Denied |
| Bobbitt v. Chow | 24768 | 02/28/2003 | Granted |
| State v. Carvalho | 24407 | 02/20/2003 | Dismissed |
| State v. Kossman | 24245 | 02/27/2003 | Denied |
| State v. Wagner-Smith | 23271 | 12/24/2002 | Dismissed | 98 Hawai'i 294, 47 P.3d 761 |